IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

v.                                                        Criminal No. 05-CR-217

David Monk,

        Defendant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER FOR DISMISSAL

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Count 1 of the Second Superseding Indictment against defendant DAVID MONK

    The reason(s) for this dismissal are (check one or more):

__ Case transferred to another District    __ Speedy Trial Act

__ Defendant's cooperation    __ Insufficient evidence at this time

__ Other: Pursuant to plea agreement

    With respect to this dismissal, defendant (check one):

    _x_ Consents    __ Objects    __ Has not been consulted

This dismissal is with prejudice.

                                    GLENN T. SUDDABY
                                    United States Attorney

*Edward R. Broton*

By:    Edward R. Broton
        Assistant U.S. Attorney
        Bar Roll No. 101230

Leave of court is granted for the filing of the foregoing dismissal.

Dated: September 21, 2006

_____
Hon. Frederick J. Scullin, Jr.
Senior United States District Court Judge